IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.                      No. 4:20-CR-00348-01-BRW

**RASHAUN LADALE WILLIAMS**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 87) is DENIED.

Applying retroactive guideline Amendment 821 does not reduce Defendant's criminal history category or guideline range because he was sentenced as a career offender.[1] Even if he was not a career offender, his criminal history category would remain the same.[2]

IT IS SO ORDERED this 10th day of December, 2024.

                                                       Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE

---

[1] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

[2] Amendment 821 reduces his criminal history score from 20 to 19.