# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  25-1192

_____

Rashaun Ladale Williams

Petitioner - Appellant

v.

United States of America

Respondent - Appellee          4:20-cr-00348-BRW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Apr 01, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:24-cv-00703-BRW)

**JUDGMENT**

Before LOKEN, BENTON, and STRAS, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

April 01, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 01, 2025

Rashaun Ladale Williams
FEDERAL CORRECTIONAL INSTITUTION
22723-009
P.O. Box 26040
Beaumont, TX  77720-0000

RE:  25-1192  Rashaun Williams v. United States

Dear Rashaun Ladale Williams:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Susan E. Bindler
Clerk of Court

BNW

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Arkansas
       Amanda Jegley

       District Court/Agency Case Number(s):  4:24-cv-00703-BRW